UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BAY MILLS INDIAN COMMUNITY, ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> RICK SNYDER, ) <br> Defendant. ) <br> ) | No. 1:11-cv-729 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

On September 28, 2018, this Court granted Defendant Snyder's motion for summary judgment. After consulting with the parties, the Court concludes there are no claims remaining. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 30, 2018   　　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge